UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DOUGHTY,<br><br>    Defendant. | )<br>)  CASE NO. MJ 17-075<br>)<br>)<br>)<br>)  DETENTION ORDER<br>)<br>)<br>)<br>) |

<u>Offense charged</u>:    Supervised Release Violations

<u>Date of Detention Hearing</u>:    March 7, 2017.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant appears before this Court pursuant to an arrest warrant issued by the United States District Court for the Eastern District of Virginia, CR10-0088, alleging violation

DETENTION ORDER
PAGE -1

of the conditions of supervised release. The alleged violations include termination from sex offender treatment, failure to notify his probation officer of a change in residence, and failure to register as a sex offender.

2. At his appearance before this Court, defendant waived his right to an identity hearing, and did not object to entry of an order of detention pending transfer to the charging district. Defendant was not interviewed by Pretrial Services. An Order of Transfer has been signed.

3. The Court finds that defendant poses a risk of nonappearance due to the nature of the alleged violations, and lack of verified background information. Defendant poses a risk of danger due to the nature of the alleged violations and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>8th</u> day of March, 2017.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge